In The United States District Court
For The District of Maryland

Lawrence V. Wilder

Vs                                                      Civil Case 97-2283

Marc Greidinger, Att at law

## Motion to Reopen Case

The plaintiff petitions the United States District Court in Maryland enable the plaintiff to reopen this previously closed legal matter. The plaintiff was advised by the defendant during administrative proceeding in the United States District Court in Maryland. The plaintiff claims that the defendant never disclosed critical conflict of interest that would severely disable his ability to represent or advise the plaintiff. As a result, the plaintiff claims that the defendant sabotaged his attempts at defending himself against false adverse actions bought by the United States Department of Health and Human Services. The plaintiff should be allowed to research the defendant's claims of no conflict of interest to determine, indeed, that none exists at the time of his complaint (or pending) and whether there was motive to obstruct justice. The plaintiff also suffered from mental illness, which hindered his ability to previously bring forth his claim effectively. The plaintiff requests a hearing to present arguments to reopen his claim.

Respectfully requested,