In The United States District Court
For The District of Maryland

Lawrence V. Wilder

Vs                                            Civil Case 97-2283

Marc Greidinger, Att at law

## Motion to Reopen Case

The plaintiff petitions the United States District Court in Maryland enable the plaintiff to reopen this previously closed legal matter. The plaintiff was advised by the defendant during administrative proceeding in the United States District Court in Maryland. The plaintiff claims that the defendant never disclosed critical conflict of interest that would severely disable his ability to represent or advise the plaintiff. As a result, the plaintiff claims that the defendant sabotaged his attempts at defending himself against false adverse actions bought by the United States Department of Health and Human Services. The plaintiff should be allowed to research the defendant's claims of no conflict of interest to determine, indeed, that none exists at the time of his complaint (or pending) and whether there was motive to obstruct justice. The plaintiff also suffered from mental illness, which hindered his ability to previously bring forth his claim effectively. The plaintiff requests a hearing to present arguments to reopen his claim.

Respectfully requested,

THE JOHNS HOPKINS HOSPITAL
DEPARTMENT OF PSYCHIATRY
COMMUNITY PSYCHIATRY PROGRAM

Medical Records

0 315 3663

INDIVIDUAL TREATMENT PLAN

WILDER, LAWRENCE

A. TREATMENT TEAM

Primary Therapist  PAULA DREESE RN

Supervising Physician  LAURENCE WILSON MD.

Case Manager (if other than Primary Therapist) _____

Other Staff Involved in Care _____

B. SIGNIFICANT FEATURES

PATIENT IS A 33 YR OLD A/A SINGLE MALE SELF REFERRED TO CPP FOR THE 1ST TIME FOR C/O "STRESS". HE HAS A H/O TREATMENT AT THE MD PSYCHIATRIC RESEARCH CTR 1/98 – 3/98

C. DIAGNOSIS (DSM III)                                    CODE

Axis I   DELUSIONAL D/S                              2981
Axis II  DEFERRED
Axis III NONE
Axis IV  UNEMPLOYMENT, LEGAL PROBLEMS
Axis V   20-3

(RECEIVED - CCC  APR 12 AM 10 44   205579)

D. STATEMENT OF PATIENT PROBLEMS

PATIENT FEELS THAT THERE ARE CONSPIRACIES AGAINST HIM DUE TO RACIAL AND EMPLOYMENT FACTORS, AND FEELING UNDER STRESS. DOES NOT WANT TO BE TREATED WITH MEDICATION AND DISAGREES WITH HIS DIAGNOSIS

JHHX024003  8/86

pg 1

E. PHYSICAL CONDITIONS & MEDICATIONS FOR PHYSICAL CONDITION THAT MAY INTERACT WITH PSYCHIATRIC TREATMENT AND MEDICATION.

None known

F. ASSETS

Intelligent

G. VULNERABILITIES

Lack of ability to trust treatment providers. Persistence of symptoms

H. STATEMENT OF PROPOSED TREATMENT (including medications)

Individual supportive therapy to help patient cope with his stress and concerns re problems with employment. Medications recommended, pt has refused to take medications

I. GOALS & METHODS

1. Short term goals    Methods    Monitoring    Target Date

1. Provide education and support re his illness and difficulties. Building therapeutic alliance 7/99.

2. Obtain records of past treatment to confirm a diagnosis 8/99

pg 2

REASON DIAGNOSIS REQUIRES PATIENT TO BE ABSENT FROM WORK:
Symptomatic for paranoid ideation & perceptual abnormalities

| HISTORY: Was treated at MD Psychiatric Research Ctr 1/14/98 | PHYSICAL FINDINGS: None | CPT CODE: 90806 |
|---|---|---|

TYPE OF TREATMENT AND/OR MEDICATION RENDERED TO PATIENT: Patient given psychiatric eval and counseling 1/98-3/98. Medication refused by patient. Not present

DIAGNOSIS CONFIRMED BY: (SPECIFY DIAGNOSTIC TESTS, I.E. LABORATORY, RADIOLOGY, ETC.)
Past record of treatment and recent psychiatric evaluation 4/22/99

FIRST DATE OF TREATMENT FOR THIS CONDITION: 1/14/98

FIRST DAY PATIENT WAS/WILL BE UNABLE TO WORK DUE TO THIS DISABILITY: 4/22/99

BASED ON YOUR EXAMINATION, IS THIS DIAGNOSIS WORK RELATED? ☐ YES ☒ NO
HAVE YOU FILED A DOCTOR'S FIRST REPORT OF INJURY (5021)? ☐ YES ☒ NO

IS PATIENT ABLE TO RETURN TO WORK WITH JOB MODIFICATION (LIGHT DUTY) AT THIS TIME?
☐ YES ☒ NO IF NOT, WHY? Due to continuing symptoms

WHAT JOB MODIFICATIONS WOULD ALLOW THE PATIENT TO RETURN TO WORK AT THIS POINT?
* LIMIT LIFTING TO ___ LBS.      * LIMIT PUSHING, PULLING TO ___ LBS.
* LIMIT SQUATTING, BENDING TO ___      * LIMIT WALKING/STANDING TO ___
* LIMIT REACHING WITH ___ ARM: ABOVE SHOULDER     BELOW WAIST
* OTHER                      * LIMIT CLIMBING TO ___
Relief of psychotic symptoms

EXPECTED DATE PATIENT WILL BE MEDICALLY RELEASED TO RETURN TO FULL WORK (SPECIFIC DATE REQUIRED): Undetermined at this time

IF APPLICABLE, EXPECTED DATE PATIENT WILL BE ABLE TO RETURN TO WORK WITH JOB MODIFICATIONS (LIGHT DUTY): Return to work dependent upon success and acceptance of treatment

PATIENT HOSPITALIZED:
HOSPITAL: N/A   DATE OF ADMISSION:   DATE OF DISCHARGE:   FOR PREGNANCY - EDC:

PROVIDER'S NAME (PLEASE PRINT):   DEGREE/SPECIALTY:   TELEPHONE:

PROVIDER ADDRESS:

ADDITIONAL COMMENTS: Patient has been advised to accept medication

I hereby certify, that based on my examination, the above statements truly describe the patient's disability, ability, and the estimated duration thereof, and that I am a Psychiatrist (type of doctor) licensed to practice by the State of Maryland

LICENSE #: D27939
DATE SIGNED: 7/28/99

SIGNATURE (Required for processing)
PRINT NAME AS SHOWN ON LICENSE: Lawrence Wissow

# PSYCHIATRIC PROGRESS NOTE
## MEDICATION MANAGEMENT

NAME: Lawrence Wilder    DATE: 12/19/01

Treatment Participation: [x] Patient only   [ ] Patient and significant other   [ ] Patient and Family

Subjective (Patient statement) "That medicine made me too tired... if someone sneaks up on me I like to be able to be a light sleeper" Pt still paranoid but denies all his target sx.

Sleep Quality:   Normal   (Restless/Broken)   Insomnia   Nightmares   Oversleeps

Objective:
- Appearance: Calm  (Tense)  Irritable  Cooperative  Guarded  Suspicious
- Mood Euphoric 10 9 8 7 6 5 4 3 2 1  Dysphoric  (Euthymic)
- Affect: (Appropriate)  Blunt  Constricted  Flat  Labile  (Other) Inappropriate at times
- Cognition: (Alert)  (Oriented x3)  Disoriented  Other
- Thought Content: — SI  — HI  Contracts for Safety  A/V Hallucinations  Delusions
- Thought Process: Appropriate  (Circumstantiality)  Rapid Pressured Speech  Other
- Assessment: [x] No change in diagnosis  [ ] Change in diagnosis:
- Somatic Problems: No new problems

PHARMACOTHERAPY PLAN:

[x] Medications not changed since last visit.  [ ] Medications changed.

[ ] Target Symptoms:                [ ] Medication Changes:
1.                                   1. D/C Geodon          mg p.o.
2.                                   2. Begin Zyprexa    5  mg p.o. qDay
3.                                   3. the lowest 2.5 mg is   mg p.o.
4.                                   4. not available at this time   mg p.o.

Discussed medication effects and side effect including, but not limited to the following: please

Side effects noted: None

[x] Discussed rationale of treatment:

Lab work/tests ordered: NA

Treatment Plan/Recommendations: [x] Return in 1 weeks ~~months~~ RNP

1. _____   3. _____
2. _____   4. _____

[x] Patient meets medical necessity criteria for continued care in this program.

Signature of Physician

PSYCHIATRIC PROGRESS NOTES
MEDICATION MANAGEMENT

NAME: Lawrence Wilder  DATE: 12/28/01

Treatment Participation: ✓ Patient Only __ Patient and significant other __ Patient Family

Subjective (Patient statement) "I've been taking the new medicine during the day... I feel a little better" "I would say on a 1-10 scale I only trust you about a 2"

Sleep Quality: (Normal) Restless/Broken  Insomnia  Nightmares  Oversleeps

Objective:
  Appearance: Calm (Tense) Irritable Cooperative Guarded (Suspicious)
  Mood Euphoric 10 9 8 7 6 5 4 3 2 1 Dysphoric (Euthymic)
  Affect (Appropriate) Blunt Constricted Flat Labile Other inappr. laughing at times
  Cognition: (Alert) (Oriented X3) Disoriented Other _____
  Thought Content: __ SI __ HI   Contracts for Safety   A/V Hallucinations   Delusions
  Thought Process: (Appropriate) Circumstantiality Rapid Pressured Speech
  Assessment: (No Change in diagnosis)  Change in diagnosis: _____
Somatic Problems: No New Problems

PHARMACOTHERAPY PLAN:

✓ Medications not changed since last visit    __ Medications changed

__ Target Symptoms:        __ Medication Changes:

1. will continue      1. Zyprexa  5  mg p.o.  to give pt more
2. _____              2. Confidence at __ mg p.o.  a stable dose
3. _____              3. before time __ mg p.o.  it.
4. _____              4. _____ mg p.o.

✓ Discussed medication effects and side effect including, but not limited to the following: Demos

Side effects noted: None

✓ Discussed rationale of treatment: Psychoed. given regarding meds & process of
   Lab work/tests ordered: _____ psychotherapy visits;
                                 ✓ per pt request

Treatment Plan/Recommendations: Return in (2 weeks) _____ months
1. _____        3. _____
2. _____        4. _____

✓ Patient meets medical necessity criteria for continued care in this program.

Signature of Physician

# REVSIONS COMMUNITY MENTAL HEALTH CENTER
## INDIVIDUAL TREATMENT PLAN

Name: Lawrence Wilder    Chart#: _____    Date: 12/26/01 KMF
Late entry

Primary therapist: None
Psychiatrist: K. Jones    Current Medications: Zyprexa 5mg
Case Manager: _____

Diagnosis:
Axis I: ~~Psychosis NOS~~ KMF / Schizophrenia (Paranoid) 295.30
Axis II: Def
Axis III: None
Axis IV: mod / CMI / Legal issues?
Axis V: 45/50    per pt report

Client Strengths: Pt is verbal and willing to take meds

Problem 1: The patient has a thought disorder.
Long Term Goal: Pt will be able to function and accept structure & support in the community    Target Date: 6/15/02
Short Term Goals: 1) Pt will take antipsychotic meds will start slow    Target Date: 2/15/02
Intervention: ~~~~ & risk of side effects    Responsibility: Pt
Short Term Goals: 2) Pt will attend 100% of Dr. appts    Target Date: 2/15/02
Intervention: Pt will make f/u appt prior to leaving office    Responsibility: Pt

Problem 2: The pt has poor insight & is in denial of his illness which essentially is focused on paranoia
Long Term Goal: Pt will be able to communicate freely with Psychiatrist & be able to have good    Target Date: 6/26/02
Short Term Goals: 1) Pt will be able to talk to Dr. openly about side effects & negative feelings    Target Date: 2/26/02
Intervention: _____    Responsibility: _____
Short Term Goals: 2) Pt will understand medication target Sx (insomnia, fear, attention)    Target Date: 2/26/02
Intervention: Dr. will talk about chem. imbalance & give psychoed during visits - Pt will ask questions.    Responsibility: Dr / Pt

[ ] Additional Problems/Goals on attached sheet

CLIENT EXPECTATION OF TREATMENT: X

Primary Therapist: _____    Date: _____
Psychiatrist: K. _____    Date: 12/26/01 late entry KMF
Other: (illegible)    Date: 1/15/02
Client Signature: Pt should not see tx plan due to possibility of decompensation    Date: _____

I [ ] do  [ ] do not agree with above treatment plan. Reasons: _____

PSYCHIATRIC PROGRESS NOTES
MEDICATION MANAGEMENT

NAME: Lawrence Wilder   DATE: 4/15/02

Treatment Participation: ✓ Patient Only __ Patient and significant other __ Patient Family
Subjective (Patient statement) "OK" Pt explained changes Pt was stopped by police; he became "frightened" and drove away (back in Oct 2000). "The medication is helping". Pt ran out of meds yesterday.

Sleep Quality: (Normal) Restless/Broken  Insomnia  Nightmares  Oversleeps

Objective:
Appearance: (Calm) Tense Irritable Cooperative Gauarded (Supicious)   100% convinced that people are still harassing him.
Mood: Euphoric 10 9 8 7 (6) 5 4 3 2 1  Dysphoric (Euthymic)
Affect: Appropriate (Blunt) Constricted Flat Labile Other
Cognition: (Alert) (Oriented X3) Disoriented Other _____ Denies (persecutory)
Thought Content: __ SI __ HI ✓ Contracts for Safety __ A/V Hallucinations __ Delusions
Thought Process: (Appropriate) Circumstantiality Rapid Pressured Speech
Assessment: (No Change in diagnosis) Change in diagnosis: _____
Somatic Problems: None

PHARMACOTHERAPY PLAN:

✓ Medications not changed since last visit.  __ Medications changed

__ Target Symptoms:          __ Medication Changes:

1. _____                      1. _____              mg p.o.
2. _____                      2. _____              mg p.o.
3. _____                      3. _____              mg p.o.
4. _____                      4. _____              mg p.o.

✓ Discussed medication effects and side effect including, but not limited to the following:
Denies

Side effects noted: None

✓ Discussed rationale of treatment:
Lab work/tests ordered: NA

Treatment Plan/Recommendations: Return in  4  weeks _____ months
1. _____                      3. _____
2. _____                      4. _____

✓ Patient meets medical neccessity criteria for continued care in this program.

_____
Signature of Physician

**FERS**
Federal Employees
Retirement System

# APPLICANT'S STATEMENT OF DISABILITY
In Connection With Disability Retirement Under the Federal Employees' Retirement System

Form Approved
OMB No. 3206-0171

**1. Name of Applicant** (Last, first, middle): Wilder, Lawrence Verline

**2. Date of Birth** (mo., day, yr.): August 1, 1965

**3. Social Security Number**: 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

**4. Describe how you are deficient in your job in respect to performance, attendance, or conduct.**
I have become very paranoid and untrusting of individuals and have withdrawn from relationships. I feel that everywhere that I visit, people are threatening and coercive.

**5. Describe your medical condition(s) (i.e., disease or injury) and how it interferes with performance of your duties, attendance, or conduct.**
My paranoia and anxiety is a result of filing a discrimination/harassment complaint with the Department of Health and Human Services. I received death threats and was constructively discharged. My concerns were dismissed or ignored. For two years I experience constant harassment inside and outside of the Agency. I was carjacked which I feel was caused by my Agency's (U.S. Government) blatent disregard to my concerns. I have become very paranoid and withdrawn in society. I feel my life is in danger because of my complaint against the U.S. Government.

**6. Describe any other restrictions on your activities imposed by your medical condition(s) (i.e., disease or injury) which you believe should be considered in determining your ability to perform your job in your agency.**
I feel everyone I encounter is influenced by the U.S. Government to claim my life. I feel it is a conspiracy against me because I filed the discrimination/harassment complaint. I feel the U.S. Government has blacklisted me against everyone. My friends have avoided me and I have no friends outside of my family.

**7. What efforts have been made by your agency to change your work area or your job to make it possible for you to perform useful and efficient service in your position?**
None. My complaints were either ignored or dismissed. Individuals have admitted to harassing me. I feel abandoned because individuals did not substantiate my concerns, until individuals later admit to harassing and threating me. I can not trust people today. The U.S. Government does have a history of doing this to minorities.

**8. Give the approximate date you became disabled for performance of your position** (mo., yr.): February 1997

**9. Have you been hospitalized for the medical condition(s) as described in item 5?** [ ] Yes [✓] No

**10. List physician(s) from whom you plan to request a Physician's Statement (SF 3105C).**
Dr. Miller, University of Maryland Medical System
South Western Community Mental Health Center
10 Winters Lane, Baltimore, Maryland 21228

**11. Have you applied for disability benefits from the Social Security Administration?** [ ] No [✓] Yes
Application Receipt or Award Notice Attached [✓] Yes [ ] No

NOTE: Application for disability retirement under FERS requires an application for Social Security Disability Benefits. Final processing will not occur until your Social Security application has been verified.

**12. Certification and Consent by Applicant:** I hereby certify that all statements made above are true to the best of my knowledge and belief. I hereby give my permission for the release of information about my service and medical condition(s) (i.e., disease or injury) to authorized agency and OPM officials.

**WARNING**
Any intentional false statement in this statement or willful misrepresentation relative thereto is a violation of the law punishable by a fine of not more than $10,000 or imprisonment of not more than 5 years, or both. (18 U.S.C. 1001)

Signature (Do not print): [signature]
Date: 12/10/97
Telephone Number During Office Hours: 410-747-0815 / 410-499-9487

## PRIVACY ACT STATEMENT

Solicitation of this information is authorized by the Federal Employees' Retirement System Act of 1986 (Chapter 84, title 5, U.S. Code). The information you furnish will be used to identify records properly associated with your application, to obtain additional information if necessary, to determine and allow present or future benefits, and to maintain a unique identifiable claim file for you. The information may be shared with national, state, local or other charitable or social security administrative agencies in order to determine benefits under their programs, to obtain information necessary under this program, or to report income for tax purposes. It may also be shared with law enforcement agencies when they are investigating a violation or potential violation of the civil or criminal law. Executive Order 9397 (November 22, 1943) authorizes use of the Social Security Number. Furnishing the Social Security Number, as well as other data, is voluntary, but failure to do so may delay or prevent action on your application.

Office of Personnel Management
FR 844

Standard Form 3105A
August 1987



**AGENCY CERTIFICATION OF REASSIGNMENT AND ACCOMMODATION EFFORTS**
In Connection With Disability Retirement Under the Federal Employees' Retirement System

Form Approved: OMB No. 3206-0171

**FERS** — Federal Employees Retirement System

To be completed by Coordinator for Employment of the Handicapped or other authorized agency official. See instructions on back of form.

| 1. Name of Applicant (Last, first, middle) | 2. Date of Birth (mo., day, yr.) | 3. Social Security Number |
|---|---|---|
| Wilder Lawrence | 8-1-65 | 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 |

**4. Has reasonable effort for accommodation been made?**

☒ No, accommodation is not an option. (Specify in the space below the functional/environmental factors related to the employee's inability to perform fully successfully and explain why accommodation is not possible.)

☐ No, accommodation is not appropriate. Medical information presented to agency does not document a disabling medical condition.

☐ Yes. Describe below accommodation efforts and attach supporting documentation.

*Employee removed from agency. Therefore, reassignment is not an option.*

**5. Results of agency reassignment efforts** (Check one of the following statements)

☐ Reassignment is not necessary because employee's service is fully successful and there are no medical restrictions from performing critical duties or from attending work altogether.

☐ The employee declined reassignment to the vacant position(s) in this agency at the same grade or pay level and tenure, within the same commuting area for which employee meets minimum qualifications.

☐ The employee was not reassigned to any vacant position in this agency at the same grade or pay level and tenure, within the same commuting area for which employee meets minimum qualifications. The position(s) identified and reason(s) for non-assignment are shown below.

**CERTIFICATION BY COORDINATOR FOR EMPLOYMENT OF THE HANDICAPPED OR OTHER AUTHORIZED AGENCY OFFICIAL:**
I CERTIFY that this statement is true to the best of my knowledge and belief.

| 8. Signature of Responsible Agency Official | 9. Date | 10. Telephone Number (Including area code) |
|---|---|---|
| F. L. Galler | 12/30/97 | (410) 786-2045 |

| 11. Typed Name of Responsible Agency Official | 12. Title of Responsible Agency Official |
|---|---|
| F. L. GALLER | Employee Relations Specialist |

Office of Personnel Management
5 CFR 844

ORIGINAL—To OPM Through Agency Channels

Standard Form 3105D
August 1987

Affidavit in Support of Service of Motion to Reopen

The plaintiff attests to the fact that a copy of this request to approve the Motion to Reopen a previously closed matter in the United States District of Maryland was serviced to the defendant(s):

Marc Greidinger, att of law
P.O. Box 8198
Springfield, Virginia 22151

*[signature]*

11/21/2007

JS 44 (Rev. /04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Lawrence V. Wilder

**DEFENDANTS**
Marc Breidinger

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

2007 NOV 21 A 10: 53

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
410-268-7944

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  |  | ☐ 660 Occupational Safety/Health |  | ☐ 490 Cable/Sat TV |
|  | ☐ 340 Marine / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☒ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☒ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 245 Tort Product Liability | ☒ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☒ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
|  |  / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☒ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE 11/09/2007
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____