IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAWRENCE V. WILDER, SR().         : | |
|       Plaintiff         : | |
|           : | |
| v.         : | CIVIL ACTION NO. WDQ-97-2283 |
|           : | |
| MARC GREIDINGER,         : | |
|       Defendant         : | |

**O R D E R**

On October 8, 1997, the Honorable Frederic N. Smalkin dismissed the above-captioned case filed as a breach of contract action in which Plaintiff complained his attorney did not disclose a conflict of interest at the time he represented plaintiff in administrative proceedings. (Paper Nos. 15 and 16). That judgment was affirmed on appeal on February 3, 1998. (Paper No. 18). On November 21, 2007, Plaintiff moved to reopen the case, on grounds that mental illness prevented him from effectively litigating his case. (Paper No. 20).

The motion to reopen and its supplement have been read and considered, and will be denied. Plaintiff has presented several pages of treatment summaries indicating he sought mental health care prior to 2002. The undersigned will not reopen Plaintiff's long-terminated action on the basis of the information now presented.

Accordingly, IT IS this 5th day of December 2007, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Plaintiff's Motion to Reopen (Paper No. 20) IS DENIED; and
2. The Clerk SHALL MAIL a copy of this Order to Plaintiff and to counsel of record.

                                                  /s/
                                        William D. Quarles, Jr.
                                        United States District Judge