# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Wilder

vs.

Greidinger

\* Civil Action No 97-cv-02283

\*\*\*\*\*

## NOTICE OF APPEAL

Notice is hereby given that (fill in names of all parties who are appealing) _____

Lawrence Wilder _____, plaintiff(s)/defendant(s) in the above

captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the

(circle one) order/judgment entered in this case on  12/17/2007 ____

12/21/2007 ____

Date

Signature  Lawrence Wilder

Name (Print or Type)  173 Winters Lane

Address  Catonsville, MD. 21228

City/State/Zip  41 0-268-7911

Phone No          Fax No.

(U.S. District Court - Rev. 01/2001) Notice of Appeal - Civil