**TRANSMITTAL SHEET**
(Notice of Appellate Action)

| | | |
|---|---|---|
| X  Notice of Filing<br>☐  Cross Appeal<br>    Interlocutory Appeal (s)<br>☐  Additional NOA<br>☐  Corrected Amended NOA<br>☐  Transmittal of Record<br>☐  Transmittal of Certificate<br>☐  Supplement to ROA<br>☐  Supplemental Certificate<br>☐  Other _____ | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Caption:<br>Lawrence Wilder Sr.<br>     v.<br>Marc Greidinger | District Court Case No. WDQ97-CV-2283<br>4CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.  NOA filed: 12/21/07 | 4.  Fees<br>                                                       _ no fee required (IFP)<br>$5 filing fee:                           paid    X unpaid<br>$250 docketing fee:                paid    X_ unpaid<br>Pauper status:         ☐ granted  ☐ denied  ☐ pending in District Court<br>Does PLRA apply?       ☐ yes  ☐ no   ☐ 3 strikes?    ☐ yes  ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 2.  Amended NOA filed: | |
| 3.  District Judge: Smalkin | 5.  Materials Under Seal in District Court?   yes   X no<br><br>     Party Names Under Seal in District Court?         ☐ yes   X no |
| 6.  Official Court Reporter(s)<br><br><br>  Coordinator(s):<br>  Nadine Mercer | 7.  Transcript<br><br>     ____ In-Court Hearing Held?              yes   X no<br><br>8.  Criminal/Prisoner Cases<br><br>☐ recalcitrant witness            Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**          **TRANSMITTAL OF RECORD TO COURT OF APPEALS**

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT # ___ |
|---|---|
| Pleadings:         Vols. _____<br>Transcript:         Vols. _____<br>Exhibits:            Vols. _____<br>Depositions:       Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:              Vols. _____<br>No. of Boxes    _____ | Pleadings:         Vols. _____<br>Transcript:         Vols. _____<br>Exhibits:            Vols. _____<br>Depositions:       Vols. _____<br>State Ct. Record: Vols. _____<br>Sealed:              Vols. _____<br>No. of Boxes    _____ |

Deputy Clerk: Nadine Mercer        Phone:   (410) 962-3986        Date: 12/28/07