FILED: May 7, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-1131
(1:97-cv-02283-WDQ)

_____

LAWRENCE VERLINE WILDER, Sr.,

    Plaintiff - Appellant

v.

MARC ALAN GREIDINGER,

    Defendant - Appellee

_____

O R D E R

_____

The Court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*