**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1131

LAWRENCE VERLINE WILDER, SR.,

    Plaintiff - Appellant,

  v.

MARC ALAN GREIDINGER,

    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William D. Quarles, Jr., District Judge. (1:97-cv-02283-WDQ)

Submitted:  July 31, 2008         Decided:  August 4, 2008

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se. Marc Alan Greidinger, Springfield, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's orders denying his Fed. R. Civ. P. 60(b) motion to reopen his 1997 breach of contract action, and his motion to vacate the denial of the motion to reopen.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>Wilder v. Greidinger</u>, No. 1:97-cv-02283-WDQ (D. Md. Dec. 5, 2007 & Dec. 17, 2007).  We deny Wilder's motion to appoint counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>