FILED: August 20, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 08-1131
(1:97-cv-02283-WDQ)

_____

LAWRENCE VERLINE WILDER, Sr.,

    Plaintiff - Appellant

v.

MARC ALAN GREIDINGER,

    Defendant - Appellee

_____

O R D E R

_____

The Court strictly enforces the time limits for filing petitions for rehearing and petitions for rehearing en banc in accordance with Local Rule 40(c). The petition in this case is denied as untimely.

For the Court - By Direction

*/s/Patricia S. Connor, Clerk*