FILED: August 26, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 08-1131
(1:97-cv-02283-WDQ)

_____

LAWRENCE VERLINE WILDER, Sr.,

   Plaintiff - Appellant

v.

MARC ALAN GREIDINGER,

   Defendant - Appellee

_____

M A N D A T E
_____

  The judgment of this Court, entered August 4, 2008, takes effect this date.

  This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*